

ORDERED in the Southern District of Florida on December 10, 2024.

Erik P. Kimball
Chief United States Bankruptcy Judge

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:                                                   )    Case No. 24-20655-MAM
                                                                                    )    Chapter 11 (Sub V)
THE BLUE DOG IN BOCA, INC.        )
                                                                                     )
     Debtor.                                        )
_____)

**AGREED ORDER GRANTING SIMON PROPERTY GROUP, INC.'S
EMERGENCY MOTION FOR CONTEMPT FOR FAILURE TO COMPLY
WITH THIS COURT'S ORDER GRANTING, IN PART, AND DENYING, IN
PART, DEBTOR'S MOTION TO COMPEL PAYMENT OF POST-PETITION
RENT <u>AND RELIEF FROM THE STAY DUE TO THE CONTEMPT AND
VIOLATION AND CANCELING HEARINGS SET FOR
DECEMBER 11, 2024, AND DECEMBER 23, 2024</u>**

THIS MATTER comes before the Court upon the Emergency Motion for Contempt for Failure to Comply with this Court's Order Granting, in Part, and Denying, in Part, Motion to Compel Payment of Post-Petition Rent [DE #59] filed by SIMON PROPERTY GROUP, INC. as authorized agent for BRIAN J. MCDADE, as Trustee of THE TOWN CENTER AT BOCA RATON TRUST, a New York Trust, and the Court having reviewed the file and the Motion, and

1

been advised of the agreement of the parties, it is

**ORDERED** and **ADJUDGED**, as follows:

1. SIMON PROPERTY GROUP, INC. as authorized agent for BRIAN J. MCDADE, as Trustee of The Town Center at Boca Raton Trust, a New York Trust's (the "Landlord") Emergency Motion for Contempt for Failure to Comply with this Court's Order Granting, in Part, and Denying, in Part, Motion to Compel Payment of Post-Petition Rent (the "Motion")[DE #59] is **GRANTED in part**, as more fully set forth below.

2. The Debtor is directed to make the following rent payments (the "Rent Payments") to the Landlord as adequate protection:

   a. The outstanding November 2024 rent in the amount of $25,415.00 shall be paid no later than December 13, 2024.

   b. The December 2024 rent in the amount of $37,415.00 shall be paid no later than December 20, 2024.

   c. Beginning January 2025 and for each month thereafter, the Debtor shall make the full rent payment of $37,415.00 to the Landlord when due under the Lease agreement between the parties, which is on or before the first (1st) day of each month.

3. The Rent Payments shall be made by wire transfer using wire instruction previously provided to the Debtor by the Landlord.

4. The Debtor shall be in compliance with this Order by timely making all Rent Payments to the Landlord. The Debtor shall be in Default under this Order if it fails to make the Rent Payments when due and does not cure such default as set forth in paragraph 5 below.

5. In the event the Debtor defaults by failing to pay any of the Rent Payments when due, then Landlord through its counsel, shall provide written notice of default to Debtor's counsel

via email at rocky@lawcls.com. In the event the Default is not cured within seven (7) days after Landlord provides notice to Debtor's counsel of the Default, Landlord shall file an Affidavit of Default with this Court. The Affidavit of Default shall set forth specific facts establishing that: (a) a default occurred; (b) Landlord (or its attorneys) provided Debtor's counsel with email notification of the default; and (c) Debtor failed to cure the default within the seven (7) day period. Upon the filing of the Affidavit of Default, Landlord shall be entitled to an Order Granting immediate stay relief without further hearing.

6. The additional relief requested in the Landlord's Motion is **DENIED**, without prejudice.

7. The hearing on the Motion for Contempt [DE #59] scheduled for **December 11, 2024, at 1:30 p.m.** is canceled as a result of the relief set forth in this Order.

8. The hearing on the Motion for Relief from Stay and/or Motion for Adequate Protection Filed by Creditor Simon Property Group, Inc. [DE #50] scheduled for hearing on **December 23, 2024, at 02:30 pm** is hereby canceled as moot.

9. The Court retains jurisdiction to enforce the terms of this Order.

# # #

Submitted by:

Craig I. Kelley, Esquire
Kelley Kaplan & Eller, PLLC
1665 Palm Beach Lakes Blvd., Suite 1000
West Palm Beach, FL 33401
Phone (561) 491-1200
Facsimile (561) 684-3773
bankruptcy@kelleylawoffice.com

*Craig I. Kelley, Esq. is directed to serve a copy of the signed order on all parties of record and file with the court a certificate of service conforming with Local Rule 2002-1(F).*